IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA | **I N D I C T M E N T** |
| v. | Case No. _____ |
| ADRIAN TERRELL BANKS | Violation:  18 U.S.C. § 844(i) |

**Arson**

The Grand Jury Charges:

On or about January 15, 2025, in the District of North Dakota,

ADRIAN TERRELL BANKS

maliciously damaged and destroyed, by means of fire and explosive materials, the building at 1444 32nd Street South, Fargo, North Dakota, property used in interstate commerce;

In violation of Title 18, United States Code, Section 844(i).

A TRUE BILL:

/s/ Foreperson
Foreperson

/s/ Jennifer Klemetsrud Puhl
JENNIFER KLEMETSRUD PUHL
Acting United States Attorney

RML/tah