Case 3:25-cr-00154-PDW *SEALED*   Document 3   Filed 06/26/25   Page 1 of 2

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of North Dakota

| United States of America | ) |
|---|---|
| v. | ) |
| Adrian Terrell Banks | ) Case No. 3:25-cr-154 |
| | ) |
| | ) |
| | ) |
| | ) |
| *Defendant* | |

## ARREST WARRANT

REC'D USMS-D/ND
2025 JUN 27 11:11

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Adrian Terrell BANKS

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Arson

Date:   06/26/2025

/s/ Bre Estrella Solberg Luedtke
*Issuing officer's signature*

City and state:   Fargo, ND

Bre Estrella Solberg Luedtke/Deputy Clerk
*Printed name and title*

---

### Return

This warrant was received on *(date)* 6-26-2025, and the person was arrested on *(date)* 07-03-2025
at *(city and state)* Fargo, ND

Date:   7-07-2025

*Arresting officer's signature*

Levi Walker ATF S/A
*Printed name and title*