UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>ADRIAN TERRELL BANKS,<br><br>　　　　　　Defendant. | Cr. No. 3:25-cr-154<br><br>**DEFENDANT'S MOTION TO CONTINUE DETENTION HEARING** |

　　　　Defendant Adrian Terrell Banks, by his attorney Assistant Federal Public Defender Rhiannon Gorham, moves to continue the detention hearing until further request by Defendant to schedule the hearing. Defendant acknowledges and understands that the continuance may extend past the five-day period specified in 18 U.S.C. § 3142(f)(2).  Defendant understands that he will remain in custody until he makes a request to schedule the hearing, and he waives his right to a detention hearing during such time. A consent to continuance of the detention hearing beyond five days after his first appearance is filed with this motion.

　　　　As good cause for this motion, Defendant asserts that he requires additional time to prepare for the detention hearing.

Dated this 14th day of July, 2025.

                    Respectfully submitted,

                    JASON J. TUPMAN
                    Federal Public Defender
                    By:

                     /s/   *Rhiannon Gorham*
                    Rhiannon Gotham
                    Assistant Federal Public Defender
                    Attorney for Defendant
                    Office of the Federal Public Defender
                    Districts of South Dakota and North Dakota
                    112 Roberts Street North, Suite 200
                    Fargo, ND 58102
                    Telephone: 701-239-5111
                    Facsimile:  701-239-5098
                    filinguser_SDND@fd.org